**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――x

WILLIAM HENNESSY, by and through his
Guardian, JOSEPHINE HENNESSY,

                Plaintiff,

     -against-

ZATAR CAFÉ & BISTRO, INC.
and NAWAL INNAB,

                Defendants.
―――――――――――――――――――――――x

Civil Action No. 1:22-CV-01349

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

     Plaintiff, William Hennessy, by and through his Guardian, Josephine Hennessy, and by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice against all named Defendants.

Dated: December 14, 2022

By: _____
Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd. Suite 404
Manhasset, NY 11030
(347) 941-4715
Glevy@glpcfirm.com